IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOCIETE GENERALE S.A., § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. H-05-2578 |
| § | | |
| YUKOS OIL COMPANY, *et al.*, § | | |
|     Defendants. § | | |

## REMAND ORDER

On August 8, 2005, Plaintiff Societe Generale S.A. filed a Motion to Remand or, In the Alternative, Abstain [Doc. # 13]. Plaintiff noted that it had resolved with the Yukos Oil Company Defendants the manner in which the funds in the Court's Registry should be disbursed. The Bankruptcy Court approved the parties' agreement in an Order entered August 9, 2005. By Order signed August 10, 2005, Defendants were directed to file by August 22, 2005, any opposition to Plaintiff's Motion to Remand. Defendants have neither filed an opposition nor requested an extension of time to do so. It appearing that the funds in the Court's Registry have been ordered disbursed, there no longer exists a basis for this Court's subject matter jurisdiction and it is hereby

**ORDERED** that Plaintiff's Motion to Remand [Doc. # 13] is **GRANTED** and this case is **REMANDED** to the 165th District Court of Harris County, Texas.

SIGNED at Houston, Texas, this **30th** day of **August, 2005.**

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\2578Remand.wpd   050830.1519